## Ernest W. FULLER, Appellant, v. MARQUETTE METAL PRODUCTS COMPANY, Herbert Gleitz, Joseph S. Kustin, Acrotorque Company, George P. Day, Elias Orshansky, Jr., Edgar M. Church, and Chauncey B. Carver, Appellees.

### No. 10218.

Circuit Court of Appeals, Sixth Circuit.

June 24, 1946.

Phillips, Falsgraf & Reidy, of Cleveland, Ohio, and Scott, Dunaway, Riley & Wiggins, of Atlanta, Ga., for appellant.

Miller & Hornbeck, of Cleveland, Ohio, and Kiefer, Waterworth, Hunter & Womer, of Cleveland, Ohio, for appellees.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

### PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of coun-

sel, upon consideration whereof it is ordered, adjudged and decreed that the decree of the District Court entered November 14, 1945, be and the same is affirmed upon the grounds and for the reasons set forth in the Memorandum Opinion of the District Judge filed November 13, 1945.